IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO: 5:24-cv-35

LESLIE RIDELL RUSSELL,

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOTICE is hereby given that an agreement to resolve all issues between Plaintiff and Defendant was reached on September 16, 2024.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 18, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day to: D. Simon Nicholson, Esquire (Attorney for Plaintiff), Sunshine State Law Firm, 631 S. Orlando Avenue, 4th Floor, Winter Park, FL 32789 (simon@sunshinefirm.com, tara@sunshinefirm.com).

    s/Nicholas A. Robinson
NICHOLAS A. ROBINSON, ESQUIRE
Florida Bar No. 1002816
Fisher Rushmer, P.A.
Post Office Box 3753
200 E. Robinson Street, Suite 800
Orlando, FL 32801
407/843-2111; Fax 407/422-1080
Email: nrobinson@fisherlawfirm.com;
Secondary email: eservice-nar@fisherlawfirm.com;
Alternate email: nhwang@fisherlawfirm.com
Attorney for Defendant